UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DE'LEON JOSEPH ADAMS,            )<br>                                                    )<br>               Plaintiff,           )<br>                                                    )<br>       vs.                                      )<br>                                                    )    No. 2:12-cv-00283-JMS-WGH<br>M. BOBO,                                )<br>W. ROBERTS,                        )<br>OFFICER TYLER,                   )<br>COREY POINTER,                 )<br>JOHN AND JANE DOE,        )<br>                                                    )<br>              Defendants.         ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     Plaintiff Adams is a prisoner as defined in 28 U.S.C. § 1915(h). His civil rights complaint is therefore subject to the screening required by 28 U.S.C. § 1915A(b). Pursuant to §1915A(b), "[a] complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief." *Jones v. Bock*, 127 S. Ct. 910, 921 (2007). In applying this standard, "[a] complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

2. Claims against the "John and Jane Doe 1-5" defendants are dismissed, because "it is pointless to include [an] anonymous defendant[ ] in federal court; this type of placeholder does not open the door to relation back under *Fed.R.Civ.P.* 15, nor can it otherwise help the plaintiff." *Wudtke v. Davel,* 128 F.3d 1057, 1060 (7th Cir. 1997) (internal citations omitted).

3. No partial final judgment shall issue at this time as to the claims resolved in this Entry.

4. The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c)(2) to issue process to the named defendants. Process shall consist of a summons. **Personal service is required**. The Marshal for this District or his Deputy shall serve the summons, together with a copy of the complaint and a copy of this Entry, on the defendants and on the officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2) at the expense of the United States.

**IT IS SO ORDERED.**

Date: 10/09/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

DE'LEON JOSEPH ADAMS
Reg. No. 04193-036
LEWISBURG U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837

United States Marshal
Room 179
46 E. Ohio St.
Indianapolis, IN  46204